IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-3114-11-CR-S-GAF |
| | ) | |
| MERSUD KAJTAZOVIC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Now pending before the Court is the Government's Motion for Dismissal. For good cause shown, it is

ORDERED that the Indictment returned by the Grand Jury in this case on September 20, 2006, against this Defendant, is dismissed.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: November 2, 2009